HEIRS GAGUE
*vs.*
GAGUE & AL.

Heirs may
sue the widow
in the district
court for a di-
vision of the
common estate.

## HEIRS OE GAGUE *vs.* GAGUE & AL.

APPEAL from the court of the sixth district.

MARTIN, J. delivered the opinion of the court. The plaintiffs demand the part of the estate of their father, in the hands of his widow and the other defendants. The district court thought it had no jurisdiction of the case, and non-suited the plaintiffs.

We think it erred. The plaintiffs alleged they are common in goods with the widow, the community which subsisted between their ancestor, and is still subsisting between them and her, and as such they demand their part of the general property. The partition may be sued in the district court. The Civil Code, 176, art. 133, in giving jurisdiction to the court of probates, does not give it exclusively. *Turner* vs. *Croft, vol.* 1. 370, and *Broussard* vs. *Bernard & al.* decided last month at Opelousas *ante* 37.

The case not having been passed upon the merits cannot be examined here.

It is therefore ordered, adjudged and decreed that the judgment of the district court be annulled, avoided and reversed, and the

case remanded, with directions to the judge to proceed therein according to law. The costs in this case to be borne by the defendants and appellees.

HEIRS GAGUE
*vs.*
GAGUE & AL.

*Rost* for the plaintiffs, *Bullard & Morris* for the defendants.